■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT DAVENPORT, Appellant.—Judgment, Supreme Court, New York County, rendered on November 10, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Silverman, Evans, Lynch and Sandler, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BRUNET, Appellant.—Judgment, Supreme Court, New York County, rendered on February 1, 1978, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Silverman, Evans, Lynch and Sandler, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE COTTO, Appellant.—Judgment, Supreme Court, New York County, rendered on September 22, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Lupiano, J. P., Birns, Fein, Markewich and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS DE JESUS, Appellant.—Motion granted insofar as to delete from the decretal paragraph of the order of this court entered July 13, 1978 [64 AD2d 872] and from the last paragraph of the opinion of this court filed therewith the words "and the facts". Concur—Kupferman, J. P., Birns, Evans, Fein and Sandler, JJ.

■ SCHUBTEX, INC. v ALLEN SNYDER, Incorporated.—Motion insofar as it seeks leave to reargue denied as untimely and, insofar as it seeks leave to appeal to the Court of Appeals, granted and the following question certified: "Was the order of the Supreme Court, as affirmed by this court, properly made?" Concur—Evans, J. P., Fein, Lane, Markewich and Sandler, JJ.

■ MONICA D'AGOSTINO, an Infant, by Her Guardian ad Litem, LORETTA MACKIN, et al., Respondents, v PATRICIA D'AGOSTINO et al., Appellants.—Motion for reargument or for a stay denied in all respects, with $20 costs. In our original order [63 AD2d 921], we did not suggest that plaintiff would be entitled to a recovery against Rosa in excess of the amount demanded from the defendant in the complaint. Concur—Kupferman, J. P., Birns, Evans, Fein and Sandler, JJ.

■ In the Matter of BENJAMIN SHORR, for Reinstatement as a Member of the Bar of the State of New York.—Motion for reinstatement granted, pursuant to section 90 of the Judiciary Law as indicated in the order of this court. Concur—Murphy, P. J., Lupiano, Fein, Sandler and Sullivan, JJ.